UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:18-cr-555-T-17AAS

DEREK OWENS

## **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture for the following assets:

1. A Smith & Wesson, Model M&P 40C, .40 caliber semi-automatic pistol, serial number DUK4123;

2. 11 rounds of Speer Ammunition; and

3. Five Rounds of .40 caliber S&W ammunition.

Being fully advised of the relevant facts, the Court hereby finds that the defendant, a felon, and in furtherance of a drug trafficking crime, possessed the firearm and ammunition identified above, to which he pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal

CASE NO. 8:18-CR-555-T-17AAS

Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 20th day of MARCH, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record